IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JAMES ROSCOE WINDHAM,        )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )      1:15cv145-MHT
                             )          (WO)
LUTHER STRANGE, The          )
Attorney General for the     )
State of Alabama, and        )
CARTER DAVENPORT,            )
                             )
     Respondents.            )
```

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of December, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE